IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WELLS CURTIS WILLIE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:13-cv-00814-CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

  This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). The case involves an appeal of the Acting Commissioner of Social Security, Carolyn W. Colvin's (Commissioner) final decision denying Mr. Willie's claim for disability insurance benefits. Judge Pead issued a Report and Recommendation, recommending that the court affirm the Commissioner's decision. (Dkt. No. 21). Mr. Willie timely filed an objection to the Report and Recommendation. (Dkt. No. 22). After having reviewed the case de novo, the court hereby APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear their own costs.

  SO ORDERED this 3rd day of September, 2015.

                     BY THE COURT:

                     _____
                     Clark Waddoups
                     United States District Court Judge